PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 03 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

UNITED STATES OF AMERICA

v.

Dmtrice Booth
a/k/a Mickey

Crim. No. 2:12CR21KS-MTP-001

On _____03/17/2016_____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Amanda C. Pierce*
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __2nd__ day of __October__, 2018.

*Keith Starrett*
United States District Judge